UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN D. CARSON, | CASE NO. 3:24-cv-05536 |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

This matter comes before the Court on United States Magistrate Judge Michelle L. Peterson's Report and Recommendation (R&R) regarding Kevin D. Carson's habeas petition. Dkt. No. 15. The R&R recommends dismissing the petition and this case without prejudice.

Before recommending dismissal, Judge Peterson ordered Carson to show cause as to why his petition should not be dismissed for either (1) failure to exhaust state-court remedies as required by 28 U.S.C. § 2254, or (2) failure to comply with the one-year statute of limitations. Dkt. No. 7. Carson did not respond.

The day the R&R issued, Carson filed a pleading titled "Supplemental Authority." Dkt. No. 16. The pleading references one case relevant to the merits of

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

his habeas petition and not the issues on which he was ordered to show cause. *See id.* Accordingly, the Court does not construe this filing as a response to the order to show cause or as an objection to the R&R.

Because no one has objected to the R&R and the time for objecting has passed, the Court may adopt the R&R if it is satisfied there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment. The Court agrees with Judge Peterson's reasoning and finds no clear error. Thus, based on the R&R and the record, the Court ORDERS:

1) The Court ADOPTS the R&R at Dkt. No. 15.

2) Carson's habeas petition and this case are DISMISSED without prejudice.

3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability is DENIED.

4) Any pending motions are DENIED AS MOOT, and any scheduled hearings are STRICKEN.

5) The Clerk of the Court is directed to enter this Order and the corresponding Judgment, send copies of each to Petitioner and to Judge Michelle L. Peterson, and close this case.

Dated this 3rd day of October, 2024.

Jamal N. Whitehead
United States District Judge